**John BURKS, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

**Nos. 03–3115, 03–3158.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 21, 2003.

ON MOTION

PROST, Circuit Judge.

*ORDER*

John Burks moves for reconsideration of the court's order dismissing his petition for review for failure to file a replacement

brief, with replacement brief attached. The Department of the Interior (DOI) has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the dismissal order is vacated, and the mandate is recalled. DOI's brief is due within 30 days of the date of filing this order.